UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SM FINANCIAL SERVICES CORPORATION, as assignee of NEIGHBORS GP, LLC; and SM MEDICAL HOLDINGS CORPORATION, AS ASSIGNEE OF NEC AMARILLO EMERGENCY CENTER, LP, NEC BEAUMONT EMERGENCY CENTER, LP, NEC BROWNSVILLE EMERGENCY CENTER, LP, NEC HARLINGEN EMERGENCY CENTER, LP, NEC LUBBOCK EMERGENCY CENTER, LP, NEC MCALLEN EMERGENCY CENTER, LP, NEC ORANGE EMERGENCY CENTER, LP, AND NEC PORT ARTHUR EMERGENCY CENTER, LP<br><br>*Plaintiffs,*<br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, d/b/a BLUE CROSS BLUE SHIELD OF TEXAS, *et al.*<br><br>*Defendants.* | Civil Action No. 3:20-cv-01885-M<br>(consolidated with Case No. 3:20-cv-2017-X) |

### NOTICE OF PARTIAL DISMISSAL OF CLAIMS

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiffs SM Financial Services Corporation and SM Medical Holdings Corporation hereby provide notice to the Court and all parties that they are dismissing their claims only against **Blue Cross Blue Shield of Kansas.**

Dated:        April 28, 2021

        Respectfully Submitted,

        PADFIELD & STOUT, L.L.P.
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        (817) 338-1616 phone
        (817) 338-1610 fax

        /s/ Matthew B. Fronda
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Matthew D. Giadrosich
        State Bar I.D. #24074274
        mdg@padfieldstout.com
        Matthew B. Fronda
        State Bar I.D. #24086264
        mfronda@padfieldstout.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2021, I have served a copy of the forgoing Notice of Partial Dismissal of Claims on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        /s/ Matthew B. Fronda
        Matthew B. Fronda