UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SM FINANCIAL SERVICES CORPORATION, as assignee of NEIGHBORS GP, LLC et al. | § § § § | |
| *Plaintiffs,* | § | Civil Action No. 3:20-cv-01885-M |
| v. | § § | (consolidated with Case No. 3:20-cv-2017-X) |
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, d/b/a BLUE CROSS BLUE SHIELD OF TEXAS, *et al.* | § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiffs' Limited Request for Time to Serve Final Defendant (ECF No. 134), which the Court construes as a Motion for an extension of time. The Motion is **GRANTED**. The deadline for Plaintiffs to serve Defendant Independence Blue Cross Blue Shield is July 1, 2022.

Once Defendant Independence Blue Cross Blue Shield is served, Plaintiffs shall file notice with the Court that each of the unserved Defendants have been either served with process or dismissed from the lawsuit, as set forth in the Court's January 24, 2022, Order (ECF No. 99). The Court will schedule a settlement conference after such notice is filed. As set forth in the Court's January 24, 2022, Order, the deadline for all Defendants to answer or otherwise respond to Plaintiffs' Third Consolidated and Amended Complaint is thirty days after such notice is filed.

**SO ORDERED**.

June 21, 2022.

_____
BARBARA M. G. LYNN

CHIEF JUDGE