IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SM PHYSICIAN & EMERGENCY CENTERS HOLDING CORPORATION et al., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:20-cv-01885-M |
| v. | § § | |
| HEALTH CARE SERVICE CORPORATION, et al., | § § § § | |
| Defendants. | | |

### DEFAULT JUDGMENT

On January 31, 2023, the Court granted the Motion for Default Judgment (ECF No. 189) of SM Medical Holdings Corporation ("SMM"), and SM Physician & Emergency Centers Holding Corporation ("SMP") (collectively, "Plaintiffs"). Plaintiffs seek entry of a default judgment against Defendant NEIBP Affiliated with Blue Cross BlueShield Bluecard PPO ("Defendant"). Plaintiffs stipulated on the record that SM Financial Services Corporation, SMM, and SMP have no claims remaining in the case. On February 16, 2023, the Court held an evidentiary hearing.

Having considered the Motion and the evidence, the Court finds that Plaintiff is entitled to entry of a Default Judgment. Therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to entry of a Default Judgment against Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered under Federal Rule of Civil Procedure 55 against Defendant for the following amounts:

| Defendant | SMM | SMP | Totals Owed |
|---|---|---|---|
| NEIBP Affiliated with Blue Cross Blue Shield Blue Card PPO | $7,496.52 | $2,368.08 | **$9,864.60** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this judgment shall bear interest at the judgment rate from the date of this judgment until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all writs and process necessary for the enforcement of this judgment be issued in favor of Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not specifically granted herein is denied.

**SO ORDERED**.

February 16, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE